**Affirmed and Memorandum Opinion filed June 2, 2022.**



In The

# Fourteenth Court of Appeals

NO. 14-21-00367-CR
NO. 14-21-00368-CR

## EDWARD DRE'SEAN MAYFIELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause Nos. 19DCR0477 and 19DCR0018**

## MEMORANDUM OPINION

Appellant pleaded guilty to the offenses of assault of a family or household member with a previous conviction and possession of a controlled substance. In each case, the trial judge deferred adjudication of guilt and placed appellant on community supervision. The State filed a motion to adjudicate guilt in each case. After a hearing, the trial court found appellant guilty in each case. Appellant filed a timely general notice of appeal from the judgment adjudicating guilt in each case.

Appellant's appointed counsel filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records in each case and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no structural or reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).